
52

**Fill in this information to identify your case:**

Debtor 1  ANTHONY ARLO COSS
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number  4:16BK-01146BMW
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 213,599.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 28,086.00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 241,685.68 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 275,598.69 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ |
| | **Your total liabilities** | $ 68,141.22 |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 2,357.50 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 3,366.34 |

Case 4:16-bk-01146-BMW    Doc 21    Filed 02/23/16    Entered 02/25/16 09:48:29    Desc
Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information
Main Document    Page 1 of 52          page 1 of 2

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   | | Total claim |
   |---|---|
   | From Part 4 on *Schedule E/F*, copy the following: | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Fill in this information to identify your case and this filing:

Debtor 1    ANTHONY ARLO COSS
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number   4:16BK-01146BMW

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1   **431 EAST CAMINO LUNA AZUL**
      Street address, if available, or other description

      **SAHUARITA      AZ      85629**
      City                State    ZIP Code

      **PIMA**
      County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   **Current value of the portion you own?**
   $       213,599.00      $       213,599.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate, if known.**

   FEE SIMPLE

   ☑ **Check if this is community property** (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2   _____
      Street address, if available, or other description

      _____

      _____
      City                State    ZIP Code

      _____
      County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**   **Current value of the portion you own?**
   $_____      $_____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate, if known.**

   _____

   ☐ **Check if this is community property** (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

1.3.

_____
Street address, if available, or other description

_____

_____

_____
City                State    ZIP Code

_____

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ......................................→ | $ | 213,599.00 |

---

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:    TOYOTA
      Model:   CAMRY
      Year:    2007
      Approximate mileage: 133,000

Other information:

Front end damage, mismatched tires

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $ 5,533.00 | $ 5,533.00 |

If you own or have more than one, describe here:

3.2.  Make:    HONDA
      Model:   ODYSSEY
      Year:    2001
      Approximate mileage: 240,000

Other information:

Poor condition: Engine oil leak, bad transmission, body

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $ 300.00 | $ 300.00 |

3.3. Make: **Plymouth**

Model: **Voyager**

Year: **1995**

Approximate mileage: **162,000**

Other information:

| Poor condition; Does not run, Electrical problems; Engine |
|---|

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____125.00    $_____125.00

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

- ☐ No
- ☑ Yes

4.1. Make: **HOMEMADE**

Model: **TRAILER**

Year: **UNKNOW**

Other information:

| Poor condition; Not roadworthy. |
|---|

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____50.00    $_____50.00

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................➔

| $  6,008.00 |
|---|

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.........    Refrigerator, Stove, Dishwasher (Broken), Microwave (Damaged), Master bedroom set, Son's bedroom set, living room set, family room set, Dining table    $ 2,295.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.........    Sanyo 42" tv (model LC465B546)(damaged; alternates between light and dark) 10 years, dvd/vhs combo 15 years, electronic cords misc to connect all    $ 283.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..........    personal family pictures    $ 100.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..........    golf clubs, baseball glove x 2, basket ball hoop with basketball x 2, bicycles x 2 (non-working condition), son's acoustic guitar and electric guitar, misc carpentry    $ 285.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........    $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.........    Debtor's wearing apparel, 2-25 years; Clothes: dress shirts, polo shirts, jackets, suits, t-shirts, pants, shorts and undergarments. Shoes: dress, tennis, boots. ⊞    $ 553.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.........    Wedding rings x 2, Debtor's watch, Son's watch, cuff links x 2, wife's costume je    $ 435.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.........    fish x 6, tank, with accessories.    $ 70.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information.    Food: Dry goods, Cleaning supplies, toiletries, Juice/ water, wine bottles x 25 (Al    $ 250.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................. →    $ 4,271.00

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................................................................................................... Cash: ............... $ 40.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................  Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | JPMORGAN CHASE BANK, N.A. xxxxx1306 | $ 34.97 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | SOUTHWEST AIRLINES F.C.U.  xxxxxx5730 | $ 120.31 |
| 17.4. Savings account: | VANTAGE WEST F.C.U.  xxxxx9775 | $ 132.97 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | BANK OF AMERICA  xxxx-xxxx-2263 | $ 28.63 |
| 17.7. Other financial account: | SCHOOLS FIRST F.C.U.  xxxx3974 | $ 116.85 |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................  Institution or issuer name:

$ 
$ 
$ 

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☐ Yes. Give specific information about them..........    Issuer name:

_____ $_____

_____ $_____

_____ $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Wife's Pentegra Retirement Services 401k | $ 854.00 |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................    Institution name or individual:

| | | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................    Issuer name and description:

_____ $_____

_____ $_____

_____ $_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....                                                               $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....                                                               $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....                                                               $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether          Federal:    $_____
you already filed the returns          State:      $_____
and the tax years. ......................       Local:      $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information.............

Alimony:              $_____
Maintenance:          $_____
Support:              $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information.............    Net amount of Workman's Comp Settlement from ATA Airlies Inc.    $    16,413.57
                                                California Workers' Compensation Appeals Board Case

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $_____ |
    | | | $_____ |
    | | | $_____ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information............    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ...............    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ...............    $_____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information............    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................    ➔   $_____17,267.57

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe......    $_____

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe......    $_____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes. Describe.......      $_____

41. Inventory

☑ No
☐ Yes. Describe.......      $_____

42. Interests in partnerships or joint ventures

☑ No
☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.......      $_____

44. Any business-related property you did not already list

☑ No
☐ Yes. Give specific
    information .........      $_____
     $_____
     $_____
     $_____
     $_____
     $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ........................................................ → $_____0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. Farm animals

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes .....................      $_____

48. Crops—either growing or harvested
   - ☑ No
   - ☐ Yes. Give specific information......... | | $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   - ☑ No
   - ☐ Yes......................... | | $_____

50. Farm and fishing supplies, chemicals, and feed
   - ☑ No
   - ☐ Yes......................... | | $_____

51. Any farm- and commercial fishing-related property you did not already list
   - ☑ No
   - ☐ Yes. Give specific information......... | | $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................................................. → $_____0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   - ☑ No
   - ☐ Yes. Give specific information......... | | $_____
   | | $_____
   | | $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................... → $_____0.00

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................ → $   213,599.00

56. Part 2: Total vehicles, line 5                          $     6,008.00

57. Part 3: Total personal and household items, line 15    $     4,271.00

58. Part 4: Total financial assets, line 36                $    17,267.57

59. Part 5: Total business-related property, line 45       $         0.00

60. Part 6: Total farm- and fishing-related property, line 52   $     0.00

61. Part 7: Total other property not listed, line 54      + $         0.00

62. Total personal property. Add lines 56 through 61. ..........   $    28,086.00   Copy personal property total → + $   28,086.00

63. Total of all property on Schedule A/B. Add line 55 + line 62.............................................. $   241,685.68

In re   Anthony Arlo Coss                     Case No. _____

**4:16bk-01146BMW**

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. §522(b)(2)
- [x] 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Single Family Home 2451 Sq Ft, 431 E Camino Luna Azul, Sahuarita, AZ 85629 Valuation per Pima County Assessor 2016 valuation | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 213,599.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | *100%* | *$34.97* |
| JPMORGAN CHASE BANK, N.A. Regular Checking xxxxx1306 P.O. Box 659754, San Antonio, TX, 78265-9754 | Ariz. Rev. Stat. § 33-1126(A)(9) | | |
| **Household Goods and Furnishings** | | | |
| SECTIONAL/CHAIRX2/OTTOMAN SET 20+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 100.00 |
| SOFA TABLE 10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 20.00 |
| COFFEE TABLE 7+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 15.00 |
| END TABLE 5+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| 2 METAL VANITY, MIRROR & LAMP SETS 10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 30.00 |
| 2 PICTURES 6+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| MISC. DECORATIONS (living room) 10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| FAKE TREE (living room) | Ariz. Rev. Stat. § 33-1123 | 100% | 25.00 |
| COUCH/LOVESEAT/RECLINER/OTTOMAN SET 15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 75.00 |
| ENTERTAINMENT CENTER 15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 75.00 |
| SONY 42" FLAT SCREEN TELEVISION in family room (SANYO LCD; model LC 465B546) 10 years old screen alternates between light and dark | Ariz. Rev. Stat. § 33-1123 | 100% | 50.00 |
| DVD/VCR COMBO PLAYER 15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 5.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

4:16 bk-01146 BMW

In re     Anthony Arlo Coss                                          Case No. _____

_____
                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| Wife's wearing apparel, 1-25 years old<br>Clothes: 30 Dresses, 30 Blouses, 20 Sweaters, 2 Robes, 10 Jackets, 15 Pants, 5 Shorts, 30 T-Shirts, 5 Suits, 30 Undergarments $187.00<br>Shoes: 15 Dress, 5 Boots, 5 Sandles, 2 Tennis $51.50<br>5 hats; 5 belts: $7.50 | Ariz. Rev. Stat. § 33-1125(1) | 100% | 246.00 |
| Debtor's wearing apparel (2 to 20+ years old)<br>Clothes: 20 Dress Shirts, 20 Polos, 5 Jackets, 5 Suits, 30 T-Shirts, 10 Pants, 20 Shorts:$125<br>Shoes: 5 Dress, 10 Tennis, 2 Boots: $38<br>20 ties: $10<br>10 hats: $10 | Ariz. Rev. Stat. § 33-1125(1) | 100% | 183.00 |
| Son's wearing apparel<br>Clothes:  Dress/Polo Shirts 14, T-Shirts 25, Tank Tops 10, Sweaters 3, Jackets 5, Sweat/Jeans 10, Shorts 12, Undergarments 20   $72<br>Shoes:  Tennis 8, Dress 1, Sandals 2, Sports 1 $42<br>10 hats   $10 | Ariz. Rev. Stat. § 33-1125(1) | 100% | 124.00 |
| **Furs and Jewelry** | | | |
| 2 wedding rings | Ariz. Rev. Stat. § 33-1125(4) | 100% | 350.00 |
| Debtor's watch<br>1 year old | Ariz. Rev. Stat. § 33-1125(6) | 100% | 20.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| GUITAR<br>9 years old | Ariz. Rev. Stat. § 33-1125(2) | 100% | 35.00 |
| ELECTRIC GUITAR<br>8 years old | Ariz. Rev. Stat. § 33-1125(2) | 100% | 55.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Wife's Pentegra Retirement Services 401(k) EE Plan<br>124 Verdae Blvd #302, Greenville, SC  29607<br>Estimated value:  $699.44 on 06/30/15 plus $153.61 employee contributions. | 324 (BXOn)C) | 100% | 854.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Net amount of Workman's Comp Settlement from ATA Airlines Inc.<br>California Workers' Compensation Appeals Board Case ADJ 1034454<br>Settlement approved 08/25/15; to fund within 90 days thereafter.<br>$25K total; $3750 attorney fees; $4836.43 previously advanced. | Ariz. Rev. Stat. § 23-1068(B) | 100% | 16,413.57 |

4:16bK-01146BMW

In re    Anthony Arlo Coss                                                    Case No. _____

_____
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| ELECT EXTENSION CORD; MISC. CORDS TO CONNECT ALL ELECTRONICS<br>15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 6.00 |
| TELEVISION ANTENNA<br>purchased used 2 years ago | Ariz. Rev. Stat. § 33-1123 | 100% | 5.00 |
| END TABLES X 2 + COFFEE TABLE SET<br>10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 50.00 |
| MIRROR<br>10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| WOODEN BUFFET TABLE<br>10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 40.00 |
| BLANKET TUB<br>5+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 3.00 |
| WII GAMING SYSTEM WITH 1 CONTROLLER; 3 GAMES<br>8 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 42.00 |
| FAKE TREE AND PLANT (family room)<br>5+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 20.00 |
| MISC. SMALL DECORATIONS (family room)<br>5-10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 25.00 |
| CURTAINS X 4 SETS<br>15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 5.00 |
| CLAY VASE<br>5+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 1.00 |
| TABLE X 6 CHAIRS<br>12 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 75.00 |
| REFRIGERATOR<br>10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 300.00 |
| GAS STOVE<br>10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 150.00 |
| DISHWASHER (broken)<br>10 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 25.00 |
| Dishes/utensils: TUPPERWARE; DRINKING GLASSES; DISHWARE SET; FLATWARE SET; MISC UTENSILS; SERVING BOWLS; POTS & PANS; COOKIE SHEETS/CAKE PANS; CUTTING BOARD; DISHWARE HOLDER<br>5-10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 105.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 4:16-bk-01146-BMW    Doc 21    Filed 02/23/16    Entered 02/25/16 09:48:29    Desc
Main Document    Page 15 of 52

In re  Anthony Arlo Coss

_____,
Debtor

Case No. _____

*4:16bK-01146BmW*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Small appliances: COFFEE MAKER; TOASTER; WAFFLE MAKER; LARGE BLENDER; SMALL SMOOTHIE BLENDER 5-10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 21.00 |
| DRY GOODS (FOOD) - 3 Months Worth | Ariz. Rev. Stat. § 33-1124 | 100% | 150.00 |
| CLEANING SUPPLIES/CHEMICALS; TRASH CAN | Ariz. Rev. Stat. § 33-1124 | 100% | 10.00 |
| Kitchen decorations: METAL DECORATION; GLASS VASE WITH FAKE FLOWERS; DECORATION BOWL WITH FAKE FRUIT 3-7+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 7.00 |
| Master Bedroom furniture: BEDROOM SET X 6 PIECES 15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 300.00 |
| Master Bedroom: KING MATTRESS; KING BED SET WITH 2 PILLOWS 10-15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 120.00 |
| Master Bedroom electronics: 46" FLAT SCREEN TELEVISION (15 years old; SHARP LCD Model LC465B54U; screen goes blank when TV overheats); DVD/VCR COMBO PLAYER (15 years old); CORDS; 2 PHONE CHARGERS; ALARM CLOCK | Ariz. Rev. Stat. § 33-1123 | 100% | 65.00 |
| Master bedroom decorations: MISC. DECORATIONS; LEAF DECORATION BOWL; FAKE PLANT; CLOTH RUNNER; GLASS FRAME WITH FAMILY PICTURE; PICTURES X 2; METAL VASE; MAKE-UP MIRROR; CANDLE WITH STAND; CLAY VASE WITH FAKE FLOWERS | Ariz. Rev. Stat. § 33-1123 | 100% | 31.00 |
| LOVESEAT 15 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 20.00 |
| STANDING LAMP 10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 9.00 |
| CABINET and SMALL STANDING CABINET (Master bedroom) 4-10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| FIRE SAFE (HOLDS DOCUMENTS) (No Key) 20 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 2.00 |
| JEWELRY BOX 10+ years old | Ariz. Rev. Stat. § 33-1123 | 100% | 2.00 |
| MISC. TOILETRIES | Ariz. Rev. Stat. § 33-1124 | 100% | 20.00 |

In re    Anthony Arlo Coss                                                          Case No. 4:16bk-01146BMW
_____
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Son's room:<br>BEDROOM SET X 3 PIECES (7 years) $65<br>BOX SPRING & MATTRESS (10 years)  $50<br>6 MIRRORS (7-10 years)  $25<br>ALARM CLOCK  $3 | Ariz. Rev. Stat. § 33-1123 | 100% | 143.00 |
| SON's MISC. TOYS | Ariz. Rev. Stat. § 33-1123 | 100% | 25.00 |
| COLOGNE X 3<br>4 years | Ariz. Rev. Stat. § 33-1123 | 100% | 3.00 |
| WASHER & DRYER<br>10 years | Ariz. Rev. Stat. § 33-1123 | 100% | 75.00 |
| WINE RACK<br>20 years | Ariz. Rev. Stat. § 33-1123 | 100% | 10.00 |
| LAUNRY ROOM STUFF:  CLOTHES HAMPER;<br>IRON; IRONING BOARD; LAUNDRY/CLEANING<br>SUPPLIES | Ariz. Rev. Stat. § 33-1123 | 100% | 27.00 |
| Storage room:  METAL CART; DRINK STORAGE<br>SHELF<br>25; 10 years | Ariz. Rev. Stat. § 33-1123 | 100% | 4.00 |
| Garage:  WHITE CABINET ($10.00); FILE<br>CABINET ($10.00); MISC TOOLS ($20); 6FT<br>LADDER ($10.00); RADIO ($5); 3 EXTENSION<br>CORDS ($3); BARBECUE ($25); YARD/GARDEN<br>TOOLS ($10) | Ariz. Rev. Stat. § 33-1123 | 100% | 93.00 |
| Misc linens/towels | Ariz. Rev. Stat. § 33-1123 | 100% | 5.00 |
| Toshiba Computer<br>5 years | Ariz. Rev. Stat. § 33-1123<br>Ariz. Rev. Stat. § 33-1130(1) | 100%<br>75.00 | 75.00 |
| Misc office suplies; 2 laptops Toshiba Satellite, one<br>nonfunctional; office desk and chair<br>over 5 years old | Ariz. Rev. Stat. § 33-1123 | 100% | 110.00 |
| Books, Pictures and Other Art Objects; Collectibles<br>2 Bibles<br>20 years old | Ariz. Rev. Stat. § 33-1125(5) | 100% | 10.00 |
| MISC BOOKS & PAPERS; PHOTOS | Ariz. Rev. Stat. § 33-1125(5) | 100% | 3.00 |
| Cooking Books | Ariz. Rev. Stat. § 33-1125(5) | 100% | 4.00 |

*4:16BK-01146BMW*

In re    Anthony Arlo Coss                                                    Case No. _____
_____,
                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Honda Odyssey 233K mi. | Ariz. Rev. Stat. § 33-1125(8) | 100% | 300.00 |
| Poor condition: engine oil leak; bad transmission (slips); catalytic converter needs replacement; body damage to rear end, driver's door, scratches to both sides; windshield cracked; electrical problems (power locks don't work); carpet damage | | | |
| Wife's 1995 Plymouth Grand Voyager 162K mi. | Ariz. Rev. Stat. § 33-1125(8) | 100% | 125.00 |
| poor condition; does not run | | | |
| Scrap value from Junk-a-car, www.junkacar.com, Reference 2985658 | | | |
| **Animals** | | | |
| 50 gal fish tank with light and O2 filter system, | Ariz. Rev. Stat. § 33-1125(3) | 10.00 | 70.00 |
| supplies 3+ years old ($60) | Ariz. Rev. Stat. § 33-1123 | 60.00 | |
| 7 African cichlds tank 2+ years old ($10) | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| JUICE/WATER | Ariz. Rev. Stat. § 33-1124 | 100% | 25.00 |

Case 4:16-bk-01146-BMW    Doc 21    Filed 02/23/16    Entered 02/25/16 09:48:29    Desc
Main Document        Page 18 of 52

B6D (Official Form 6D) (12/07)

In re    Anthony Arlo Coss                                            Case No._____
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7155 | | | | Opened 1/01/05 Last Active 6/01/12 | | | | | |
| Aurora Loan Services Pob 1706 Scottsbluff, NE 69363 | | H | | Real Estate Mortgage | | | | | |
| | | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | | | Representing: Aurora Loan Services | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. xxxxxx4696 | | | | 1/01/05 Second Mortgage/HELOC Single Family Home | | | | | |
| Citibankna 11800 Spectrum Center Dr Reston, VA 22090 | | H | | 2451 Sq Ft, 431 E Camino Luna Azul, Sahuarita, AZ 85629 Valuation per Pima County Assessor 2016 valuation | | | | | |
| | | | | Value $          213,599.00 | | | | 52,578.00 | 49,379.00 |
| Account No. | | | | | | | | | |
| Citibank, N.A. PO Box 688923 Des Moines, IA 50368-8923 | | | | Representing: Citibankna | | | | Notice Only | |
| | | | | Value $ | | | | | |

_3__ continuation sheets attached

Subtotal
(Total of this page)      52,578.00      49,379.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

*4:16BK-01146 BMW*

In re    Anthony Arlo Coss                  Case No. _____

                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | Representing: Citibankna | | | | Notice Only | |
| Citibank, N.A. PO Box 790110 Saint Louis, MO 63179-0110 | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | Representing: Citibankna | | | | Notice Only | |
| Citibank, N.A. PO Box 769004 San Antonio, TX 78245-9004 | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. xxxxx0205 | | | | 1/01/05 First Mortgage Single Family Home 2451 Sq Ft, 431 E Camino Luna Azul, Sahuarita, AZ 85629 Valuation per Pima County Assessor 2016 valuation | | | | 210,400.00 | 0.00 |
| Nationstar Mortgage LLC Po Box 199111 Dallas, TX 75235 | | H | | | | | | | |
| | | | | Value $      213,599.00 | | | | | |
| Account No. | | | | Representing: Nationstar Mortgage LLC | | | | Notice Only | |
| Nationstar Mortgage PO Box 619063 Dallas, TX 75261-9063 | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | Representing: Nationstar Mortgage LLC | | | | Notice Only | |
| Nationstar Mortgage LLC Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     210,400.00     0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    Anthony Arlo Coss                                     Case No. 4:16-BK-01146 BMW
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** xxxxx0205 | | | | | | | | | | |
| Nationstar Mortgage, BK Dept PO Box 630268 Irving, TX 75063 | | | | | Representing: Nationstar Mortgage LLC | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| Trustee David W. Cowles, Tiffany & Bosco 2525 E Camelback Rd #700 Phoenix, AZ 85016 | | | | | Representing: Nationstar Mortgage LLC | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** xxxx xxxxxx xxxxxxxxxxx532 | | | | | 04/2014 Homeowner's Association Single Family Home 2451 Sq Ft, 431 E Camino Luna Azul, Sahuarita, AZ 85629 Valuation per Pima County Assessor 2016 valuation | | | | | |
| Rancho Sahuarita Village Program Assn Brown Olcott: 190 W Magee #182 Tucson, AZ 85704 | | | | | | | | | | |
| | | | | | Value $                213,599.00 | | | | 2,500.00 | 2,500.00 |
| **Account No.** | | | | | | | | | | |
| Lewis Management Resources 180 W Magee Rd #134 Tucson, AZ 85704 | | | | | Representing: Rancho Sahuarita Village Program Assn | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| Rancho Sahuaria HOA 15455 S Camino Luna Azul Sahuarita, AZ 85629 | | | | | Representing: Rancho Sahuarita Village Program Assn | | | | Notice Only | |
| | | | | | Value $ | | | | | |

Sheet  2  of  3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                          2,500.00        2,500.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re Anthony Arlo Coss

Case No. 4:16BK-01146 BMW

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxx xxxxxx xxxxxxxxxxx532? | | | | | | | | | | |
| Rancho Sahuarita c/o Lewis Mgmt Resource PO Box 64564 Phoenix, AZ 85082-4564 | | | | | Representing: Rancho Sahuarita Village Program Assn | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxxxxxxx4494 | | | | | 1/01/15 | | | | | |
| Wfs Financial/Wachovia Dealer Srvs Po Box 1697 Winterville, NC 28590 | X | | | C | 2007 Toyota Camry Hybrid 122K miles Fair condition Front end damage, mismatched tires. | | | | 10,120.69 | 4,587.69 |
| | | | | | Value $ 5,533.00 | | | | | |
| Account No. | | | | | | | | | | |
| Wfs Financial/Wachovia Dealer Srvs Po Box 3569 Rancho Cucamonga, CA 91729 | | | | | Representing: Wfs Financial/Wachovia Dealer Srvs | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 10,120.69 | 4,587.69 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 275,598.69 | 56,466.69 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4 13)

In re  Anthony Arlo Coss

Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4 01 16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    Anthony Arlo Coss                                    Case No. 4:16-bk-01146 BMW

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx xxxxx4113 | | | | | 04/30/2014 | | | | |
| Alfonso and Betty Jean Cardenas c/o Barry Rorex, 177 N Church Ave #1100 Tucson, AZ 85701-1128 | | - | | | Default judgment on property dispute, including fees and costs. Note SoFA Item 14; debtor still storing property per state landlord tenant law. | | | | 37,064.00 |
| Account No. xxxxxxxxxxxx4113 | | | | | 8/01/98 | | | | |
| American Express Po Box 297871 Fort Lauderdale, FL 33329 | | H | | | Credit Card | | | | 1,804.00 |
| Account No. | | | | | | | | | |
| American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | Representing: American Express | | | | Notice Only |
| Account No. xxxxxx-x1007 | | | | | | | | | |
| American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | | | | Representing: American Express | | | | Notice Only |

|  | | |
|---|---|---|
| _7_ continuation sheets attached | Subtotal (Total of this page) | 38,868.00 |

In re    Anthony Arlo Coss

Case No. _4:16BK-01146 BMW_

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx xx-xxxxx0025 | | | | | Representing: | | | | |
| Gatestone & Co International 1000 N West St #1200 Wilmington, DE 19801-1058 | | | | | American Express | | | | Notice Only |
| Account No. xxxxxxxxx8599 | | C | | | 1/01/99 Check Credit Or Line Of Credit | | | | |
| Bankamerica 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | | | | | | | | 0.00 |
| Account No. | | | | | Representing: | | | | |
| Bankamerica Mc: Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | Bankamerica | | | | Notice Only |
| Account No. xxxxx2533 | | - | | | 01/26/2013 Overdraft protection line of credit balance | | | | |
| BBVA Compass PO Box 10566 Birmingham, AL 35296 | | | | | | | | | Unknown |
| Account No. xxxxx4714 | | | | | 11/20/2008 medical services; recorded lien | | | | |
| Carondelet St. Joseph's Hospital 350 N. Wilmot Tucson, AZ 85711 | | | | | | | | | 420.75 |

Sheet no. _1_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

420.75

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Anthony Arlo Coss
_____
                    Debtor

Case No. _4:16BK-01146BMW_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxxxxx8313 | | | | | 4/01/94 | | | | |
| Chase Card Po Box 15298 Wilmington, DE 19850 | C | | | | Credit Card | | | | 9,200.00 |
| Account No. xxxxxxxxxxxx5797 | | | | | 3/01/99 | | | | |
| Chase Card Services Po Box 15298 Wilmington, DE 19850 | | H | | | | | | | 2,705.00 |
| Account No. | | | | | Representing: Chase Card Services | | | | Notice Only |
| Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | | | | | |
| Account No. xxxxxxxxxxxx5781 | | | | | 3/01/99 | | | | |
| Chase Card Services Po Box 15298 Wilmington, DE 19850 | C | | | | Credit Card | | | | Unknown |
| Account No. | | | | | Representing: Chase Card Services | | | | Notice Only |
| Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | | | | | |

Sheet no. _2_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 11,905.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re    Anthony Arlo Coss                                          Case No. 4:16BK-01146 BMW
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxx9408 | | | | 4/01/93 | | | | |
| CITIBANK Unvl/citi Po Box 6241 Sioux Falls, SD 57117 | | H | | Credit Card | | | | 13,138.00 |
| Account No. | | | | | | | | |
| Alliance One Receivables Management Inc. PO Box 3107 Southeastern, PA 19398-3107 | | | | Representing: CITIBANK Unvl/citi | | | | Notice Only |
| Account No. | | | | | | | | |
| Unvl/citi Attn.: Centralized  Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | Representing: CITIBANK Unvl/citi | | | | Notice Only |
| Account No. xxx xxxx xxxxx3002 | | | | 8/01/14 | | | | |
| Cox Communications PO Box 78071 Phoenix, AZ 85062-8071 | | H | | Cable and Phone service | | | | 119.42 |
| Account No. | | | | | | | | |
| Credit Control Corp Attn:Bankruptcy Po Box 120568 Newport News, VA 23612 | | | | Representing: Cox Communications | | | | Notice Only |

Sheet no. _3_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            13,257.42

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12.07) - Cont.

In re **Anthony Arlo Coss**                                  Case No. _____

_4:16-BK-0146 BMW_

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7810 | | | | | | | |
| CREDIT CONTROL CORP 11821 ROCK LANDING DRIVE Newport News, VA 23606 | | | Representing: Cox Communications | | | | Notice Only |
| Account No. x-xxxxx7809 | | | | | | | |
| Credit Control Corporation PO Box 120630 Newport News, VA 23612-0630 | | | Representing: Cox Communications | | | | Notice Only |
| Account No. xxxxxxxxxxxx1502 | | | 04 City Of Tucson Tucson Water | | | | |
| Cr Serv Of Or 400 International Way Springfield, OR 97477 | | W | | | | | 112.00 |
| Account No. | | | | | | | |
| Cr Serv Of Or Po Box 1208 Roseburg, OR 97470 | | | Representing: Cr Serv Of Or | | | | Notice Only |
| ██████████████ | | C | ███████████ | | | | ████ |

Sheet no. _4_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          112.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re  Anthony Arlo Coss
_____,
                        Debtor

Case No. *4:16 BK-01146 BMW* _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | ▮▮▮▮▮ |
| **Account No.** xxxxxx8590 | | | | | Opened 4/20/06 Last Active 9/30/08 | | | | |
| Gmac P O Box 380901 Bloomington, MN 55438 | | H | | | Auto Lease | | | | |
| | | | | | | | | | 0.00 |
| **Account No.** xxxxx8190 | | | | | 04/01/05 | | | | |
| GMAC 100 Witmer Road Horsham, PA 19044-0936 | | - | | | Deficiency if any on mortgage for 7351 S Via Del Promontorio, Tucson, AZ 85629 (Trustee's Deed 03/26/15) | | | | |
| | | | | | | | | | Unknown |
| **Account No.** | | | | | | | | | |
| Ally Bank, c/o Aldridge Pite LLP 2 N Central Ave #1135 Phoenix, AZ 85004 | | | | | Representing: GMAC | | | | Notice Only |
| **Account No.** | | | | | | | | | |
| CENLAR FSB FC-236, 425 Phillips Boulevard Trenton, NJ 08618 | | | | | Representing: GMAC | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no. _5_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Anthony Arlo Coss__ _____,  Case No. _ **4:16BK-01146 BMW** _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 4024<br><br>Justin Dutton, DMD, PC<br>15920 S Rancho Sahuarita Blvd #100<br>Sahuarita, AZ 85629 | | | | | 03/06/15<br><br>Dental services and disputed missed appointment fees, Desiree, Lilia, and Anthony Coss | | | | Unknown |
| Account No.<br><br>Royal Kia<br>4333 E Speedway<br>Tucson, AZ 85712 | | | | | 01/28/15<br><br>vehicle service contract for 2007 Toyota Camry | | | | 2,169.00 |
| Account No.<br><br>Sahuarita Wasetwater Utility<br>PO Box 52775<br>Phoenix, AZ 85072-2775 | | | | | wastewater service | | | | 906.44 |
| Account No.<br><br>Smart for Charters<br>PO Box 54228<br>Los Angeles, CA 90054-0028 | | | | | 01/30/14<br><br>school locker rental fees | | | | 20.00 |
| Account No. xxxxxx9836<br><br>Tucson Electric Power<br>P.O. Box 80077<br>Prescott, AZ 86304-8073 | | | | | 09/14/15<br><br>Electric Service | | | | 267.61 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,363.05

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    Anthony Arlo Coss              Case No. _____

**4:16BK-O1146 BMW**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx8526 | | | | | 7/01/14 | | | | |
| Tucson Electric Power: Crd Prt Asso One Galleria Tower Dallas, TX 75240 | | W | | | | | | | 50.00 |
| Account No. | | | | | | | | | |
| Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | Representing: Tucson Electric Power: Crd Prt Asso | | | | Notice Only |
| Account No. | | | | | Medical care for minor child B Coss (scorpion bite) | | | | |
| University Physicians Healthcare (Kino) 2800 E. Ajo Way Tucson, AZ 85713 | | - | | | | | | | Unknown |
| Account No. | | | | | Representing: University Physicians Healthcare (Kino) | | | | |
| Banner/University Medical Center Mail Stop 76390490; PO Box 660827 Dallas, TX 75266-0827 | | | | | | | | | Notice Only |
| Account No. x7505 | | | | | 09/04/14 | | | | |
| Walden Grove High School 350 W. Sahuarita Rd. Sahuarita, AZ 85629 | | - | | | Public School Fees for minor child A. Coss | | | | 165.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 215.00 |
| Total (Report on Summary of Schedules) | 68,141.22 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

4:16BK-0114GBMW

In re  Anthony Arlo Coss
_____
                  Debtor

Case No._____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Royal Kia<br>4333 E Speedway<br>Tucson, AZ 85712 | Acct#<br>Opened 01/28/15<br>vehicle service contract for 2007 Toyota Camry |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    Anthony Arlo Coss                                        Case No. **4:16 BK-01146 BMW**

                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lilia Coss<br>431 E Camino Luna Azul<br>Sahuarita, AZ 85629-8849 | Wfs Financial/Wachovia Dealer Srvs<br>Po Box 1697<br>Winterville, NC 28590 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Main Document     Page 33 of 52      Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1   **ANTHONY ARLO COSS**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number   4:16BK-01146BMW
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | Youth Careworker |
| **Employer's name** | | Southwest Key Programs |
| **Employer's address** | Number   Street | 6002 Jain Lane<br>Number   Street |
| | City   State   ZIP Code | Austin   TX   78721<br>City   State   ZIP Code |
| **How long employed there?** | 2 months | 2 months |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 1,993.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ _____ | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ _____ | $ 1,993.00 |

Official Form 106I                Schedule I: Your Income                page 1

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here.................................................... | → | 4. | $ 0.00 | $ 1,993.00 |

5. List all payroll deductions:

| | | | | |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ 152.50 |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | | + $ 0.00 | + $ 0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | | $ 0.00 | $ 152.50 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 1,840.50 |

8. List all other income regularly received:

| | | | | |
|---|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | | |
|     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | |
|     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | | |
|     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 517.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | | $ 517.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 517.00 + | $ 1,840.50 = | $ 2,357.50 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____      11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12.

$ 2,357.50
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1  ANTHONY ARLO COSS
First Name · Middle Name · Last Name

Debtor 2
(Spouse, if filing) First Name · Middle Name · Last Name

United States Bankruptcy Court for the: District of Arizona

Case number 4:16BK-01146BMW
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Anthony Coss II | 16 | ☐ No  ☑ Yes |
| Lilia Coss | 48 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,406.12 |
| If not included in line 4: |  |  |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 44.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 127.00 |

| | | | Your expenses |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 168.00 |
| 6. | Utilities: | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 100.00 |
| 6d. | Other. Specify: Rural Metro Fire Service (376.07 annual) | 6d. | $ 31.34 |
| 7. | Food and housekeeping supplies | 7. | $ 500.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 10.00 |
| 10. | Personal care products and services | 10. | $ 0.00 |
| 11. | Medical and dental expenses | 11. | $ 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 130.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 0.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 166.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | $ 0.00 |
| 17. | Installment or lease payments: | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 244.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. | Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. | Mortgages on other property | 20a. | $_____ |
| 20b. | Real estate taxes | 20b. | $_____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 130.00 |

21. Other. Specify: recreation _____    21. +$ _____ 10.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a. $ _____ 3,366.34

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $ _____ 0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c. $ _____ 3,366.34

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ _____ 2,357.50

   23b. Copy your monthly expenses from line 22c above.    23b. −$ _____ 3,366.34

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.    23c. $ _____ -1,008.84

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.

   ☑ Yes.    Explain here: With the bankruptcy, i will lose some of my current expenses. Hopefully then the monthly
              expenses will be less than the monthly net income.

**Fill in this information to identify your case:**

Debtor 1    ANTHONY ARLO COSS
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: District of Arizona

Case number    4:16BK-01146BMW
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 431 EAS CAMINO LUNA AZUL<br>Number    Street | From 07/01/2005<br>To 12/31/2015 | _____<br>Number    Street | From _____<br>To _____ |
| SAHUARITA     AZ    85629<br>City              State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2015 )<br>YYYY | ☑ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 6,231.13 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 )<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 1,618.88 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2015 )<br>YYYY | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 )<br>YYYY | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as* "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Well Fargo Dealer Services<br>Creditor's Name | 11/13/2015 | $ 739.00 | $ 9,518.59 | ☐ Mortgage<br>☑ Car<br>☐ Credit card |
| PO Box 51963<br>Number   Street | 12/13/2015 | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| | 01/13/2016 | | | |
| Los Angeles   CA   90051<br>City   State   ZIP Code | | | | ☐ Other _____ |
| <br>Creditor's Name | | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| <br>Number   Street | | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| <br>City   State   ZIP Code | | | | ☐ Other _____ |
| <br>Creditor's Name | | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| <br>Number   Street | | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| <br>City   State   ZIP Code | | | | ☐ Other _____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Ally Bank v. Anthony C. | Post-Foreclosure eviction Proceeding | Pima County Superior Court<br>Court Name<br><br>110 West Congress Street<br>Number    Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number C20152182 | | Tucson    AZ    85701<br>City    State    ZIP Code | |
| Case title Anthony Coss v. ATA A. | Old Workers' Compensation Appeal | CA Workers' Comp Appeals Board<br>Court Name<br><br>732 Corporate Center Drive<br>Number    Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number ADJ1034454 | | Pomona    CA    91768<br>City    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| GMAC<br>Creditor's Name<br><br>100 Witmer Road<br>Number    Street<br><br>Horsham    PA    19044<br>City    State    ZIP Code | Foreclosure Sale<br><br><br>Explain what happened<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | 03/26/2015 | $ 126,205.00 |
| Creditor's Name<br><br>Number    Street<br><br>City    State    ZIP Code | Describe the property<br><br><br>Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | Date | Value of the property<br>$ |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No

☐ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $ |
| Person to Whom You Gave the Gift | | | |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number   Street | | | |
| _____<br>City   State   ZIP Code | | | |

## Part 6:   List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:   List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | | |
| _____<br>Number   Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>City    State    ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| City          State    ZIP Code | | _____ | $_____ |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Chase Bank<br>Name of Financial Institution<br>2 East Congress Street<br>Number   Street<br>Tucson    AZ    91762<br>City    State    ZIP Code | Peter Drakey<br>Name<br>1524 West Vesta Street<br>Number   Street<br>Ontario    CA    91762<br>City    State    ZIP Code | Papers belonging to debtor; hard drive belonging to Peter Drakey | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| _____<br>Name of Storage Facility | _____<br>Name | | |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City    State    ZIP Code | _____<br>City State   ZIP Code | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Brittnee Coss<br>Owner's Name | | furniture and personal belongings. This is my daughter that have enlisted in the Marines and is still in training. | $    400.00 |
| 431 East Camino Luna Azul<br>Number   Street | 431 East Camino Luna Azul<br>Number   Street | | |
| Sahuarita    AZ    85629<br>City    State    ZIP Code | Sahuarita    AZ    85629<br>City    State    ZIP Code | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | |
| _____<br>Number   Street | _____<br>Number   Street | | |
| _____<br>City    State    ZIP Code | _____<br>City     State    ZIP Code | | |

Official Form 107    Case 4:16-bk-01146-BMW   Doc 21   Statement of Financial Affairs for Individuals Filing for Bankruptcy   Filed 02/23/16   Entered 02/25/16 09:48:29   Desc   page 10

Main Document     Page 48 of 52

25. Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number Street | | ☐ On appeal |
| Case number | City State ZIP Code | | ☐ Concluded |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| City State ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| City State ZIP Code | | From _____ To _____ |

Official Form 107    Case 4:16-bk-01146-BMW Doc 29 Statement of Financial Affairs for an Individual Filing for Bankruptcy    page 11

Main Document    Page 49 of 52

| | | |
|---|---|---|
| | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **Business Name** | | **EIN:** __ __ - __ __ __ __ __ __ __ |
| **Number   Street** | Name of accountant or bookkeeper | **Dates business existed** |
| | | From _____  To _____ |
| **City**          **State**   **ZIP Code** | | |

---

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

| | |
|---|---|
| | Date issued |
| **Name** | MM / DD / YYYY |
| **Number   Street** | |
| **City**          **State**   **ZIP Code** | |

---

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Anthony Coss* _____          ✗ _____
Signature of Debtor 1                                              Signature of Debtor 2

Date 02/18/2016                                              Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ANTHONY ARLO COSS | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of Arizona | | | |
| Case number (If known) | 4:16BK-01146BMW | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: NATIONSTAR MORTGAGE<br><br>Description of property securing debt: Primary Home, 1st Mortgage | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: CITIBANK, N.A.<br><br>Description of property securing debt: 2nd Mortgage | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Rancho Sahuarita HOA/Lewis Managemen<br><br>Description of property securing debt: Primary Home HOA | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Wells Fargo Dealer Services<br><br>Description of property securing debt: Vehicle | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: Keep making payment | ☐ No<br>☑ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---------|----------------------------------------------|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                    **Will the lease be assumed?**

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

Lessor's name: _____                    ❑ No
                                                       ❑ Yes
Description of leased
property: _____

| Part 3: | Sign Below |
|---------|------------|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _Anthony Coss_____        ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date 02/18/2016                            Date _____
     MM / DD / YYYY                             MM / DD / YYYY